**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2041**

In Re:  DONALD ELBERT LEWIS, a/k/a Peptone,

Petitioner.

On Petition for Writ of Mandamus.
(4:12-cr-00068-FL-2)

Submitted:  May 28, 2015                    Decided:  June 2, 2015

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Donald Elbert Lewis, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Elbert Lewis petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court recently entered an order disposing of all but one of Lewis' claims, and scheduling an evidentiary hearing as to that claim. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED